# Third District Court of Appeal

## State of Florida

Opinion filed March 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0866
Lower Tribunal No. 23-25618-CA-01
_____

**Anamary Bakhos Aponte,**
Appellant,

vs.

**Private Lending Group, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Beresford A. Landers, Jr., (Tamarac), for appellant.

Homer Bonner Jacobs Ortiz, P.A., and Charles Brumby, for appellee.

Before SCALES, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.